

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00529-CV

Lorenzo **FRANKS**
Appellant

v.

Arnold S. **ZWICKE**, Sheriff, and Deputies of the Guadalupe County Sheriff's Department,
Appellees

From County Court at Law No. 1, Guadalupe County, Texas
Trial Court No. 2012-CV-0105
Honorable Linda Z. Jones, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we AFFIRM the trial court's judgment.

It is ORDERED that no costs shall be assessed against appellant Lorenzo Franks because he is indigent.

SIGNED April 17, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice